IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 JUL 19 PM 4:07
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:22CR3082 |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 2115 |
| TYRELLE SMILEY, | 18 U.S.C. § 2 |
| Defendant. | |

The Grand Jury charges that:

COUNT ONE

Between, on, or about November 16, and November 18, 2019, in the District of Nebraska, the defendant, TYRELLE SMILEY, did forcibly break into the United States Post Office in Rockville, Nebraska, with the intent to commit a larceny in such post office, in violation of Title 18, United States Code, Sections 2115 and 2.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney